Larry Chae (SBN 268979)
Email: lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff,
NADIA RAINS

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
consumerwarrantyford@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NADIA RAINS,

Plaintiff,

vs.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

Defendant.

Case No.: 2:26-cv-01071-JAM-JDP

**STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

This Stipulation is entered into by and between the Parties, Plaintiff NADIA RAINS ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively "Parties"), by and through their respective attorneys of record based upon the following facts:

WHEREAS, on August 19, 2026, Plaintiff accepted FORD MOTOR COMPANY's Rule 68 Offer;

WHEREAS, on October 14, 2026, this Court entered Judgment in favor of Plaintiff;

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 54, and Eastern District of California Local Rules, Rule 293, Plaintiff's Motion for attorneys' fees and application for costs are due within twenty-eight (28) days of judgment, unless otherwise ordered by the Court;

WHEREAS, accordingly, Plaintiff's Motion for Attorney's Fees and Application for Costs are currently due on November 11, 2026;

WHEREAS, the Parties request additional time to meet and confer regarding Plaintiff's fees and costs in an attempt to resolve the issue without burdening the Court. Plaintiff made a demand for fees and costs and provided Defense counsel with Plaintiff’s supporting fee and cost invoice. Defense counsel is currently

reviewing the demand and supporting fee and cost invoice;

WHEREAS, the Parties are in agreement that the Court continue the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from November 11, 2026, to January 11, 2027, and continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided and funding is satisfied.

THE PARTIES HEREBY STIPULATE, through the undersigned counsel, that the Court continue the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from November 11, 2026, to January 11, 2027, and continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided.

Dated: November 3, 2026

STRATEGIC LEGAL PRACTICES, APC

*/s/ Larry Chae*

Larry Chae
Attorney for Plaintiff,
NADIA RAINS

Dated: November 3, 2026

*/s/ Katherine P. Vilchez*

Spencer P. Hugret
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant,
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

NADIA RAINS,
Plaintiff,

v.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:26-cv-01071-JAM-JDP

**ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**

Based on the stipulation of the parties, Plaintiff's deadline to file a Motion for Attorneys' Fees, Costs, and Expenses is **EXTENDED** from November 11, 2026, to **January 11, 2027**.

The Court retains Jurisdiction over the action relating to Plaintiff's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: November 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE