Larry Chae (SBN 268979)
lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC.**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
emailservice@slpattorney.com

Attorney for Plaintiff,
NADIA RAINS

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
consumerwarrantyford@grsm.com

Attorneys for Defendant,
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADIA RAINS,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, FUTURE FORD LINCOLN OF ROSEVILLE,<br><br>Defendants. | Case No. 2:26-cv-01071-JAM-JDP<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is entered into by and between Plaintiff NADIA RAINS ("Plaintiff") and Defendant, FORD MOTOR COMPANY ("Defendant"), through their respective counsel of record.

WHEREAS, Plaintiff NADIA RAINS accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 August 19, 2026.

WHEREAS, the counsel for the parties have met and conferred and have reached an agreement, in lieu of Plaintiff's counsel filing a Motion for Attorneys' fees, costs, and expenses, Defendant FORD MOTOR COMPANY, is to pay fees, costs, and expenses in this matter for the sum of $3,750.00. Such funding shall be satisfied by January 4, 2027. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

Parties hereby apply for the entry of Order in the amount of $3,750.00 for Plaintiff's Attorneys' Fees, Costs, and Expenses as outlined in this Stipulation.

**IT IS SO STIPULATED.**

Dated: November 18, 2026

**STRATEGIC LEGAL PRACTICES, APC**

/s/ *Larry Chae*

Larry Chae
Attorney for Plaintiff,
NADIA RAINS

Dated: November 9, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Katherine P. Vilchez*

Spencer P. Hugret
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant,
FORD MOTOR COMPANY

All signatories listed, and on whose behalf this filing is submitted, attest to their electronic signatures and concur and authorize consent to the filing of this instant stipulation regarding Plaintiff's attorneys' fees, costs, and expenses.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADIA RAINS,<br>Plaintiff,<br>vs.<br>FORD MOTOR COMPANY, FUTURE FORD LINCOLN OF ROSEVILLE,<br>Defendants. | Case No. 2:26-cv-01071-JAM-JDP<br>Hon. John A Mendez<br>**ORDER** |

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby **GRANTS** the Stipulation and ORDERS as follows:

1. Plaintiff NADIA RAINS ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $3,750.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.
2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $3,750.00 to resolve attorneys' fees, costs, and expenses.
3. Payment is to be made to counsel for Plaintiff by January 04, 2027. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE